IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 08-00245-01-CR-W-DGK |
| | ) | |
| vs. | ) | Date: 8/24/09 |
| | ) | |
| FREDERICK MILLER, | ) | |
| | ) | |
| Defendant(s). | ) | |

MINUTES OF JURY TRIAL

HONORABLE GREG KAYS presiding at Kansas City, Missouri.
====================================================================
Nature of Proceeding: Criminal Jury Trial - Day 1
Time Commenced: 8:32 a.m.     Time Terminated: 4:59 p.m.
**Actual Time**: 7 hours 29 minutes

**Plaintiff by**:                **Defendant by:**
David Barnes, AUSA              Steve Moss, AFPD

| Remarks: | Witness Testifying |
|---|---|
| 8:32 a.m. Attorney conference held. Government renews motion in limine. Motion overruled. 8:45 a.m. Break. 9:17 a.m. Jury panel seated and sworn. Voir dire begins. 10:40 a.m. Break. 10:58 a.m. In session. Voir dire continued. 11:30 a.m. Jury panel excused from courtroom. 11:42 a.m. Strikes for cause made. 12:03 p.m. In recess to allow attorneys to make peremptory strikes. 12:35 p.m. In session. Jury of 13 seated. Remainder excused. 12:45 p.m. Lunch. 1:43 p.m. Attorney conference. 1:50 p.m. Jury seated and sworn. Opening instructions read. 2:02 p.m. Gov't opening statement. 2:13 p.m. Dft opening statement. 2:27 p.m. Gov't begins presentation of evidence. Direct exam - Matthew Smith. 2:51 p.m. Cross exam. 3:22 p.m. Redirect. 3:25 p.m. Recross. 3:26 p.m. Released. 3:27 p.m. Break. 3:45 p.m. In session. 3:50 p.m. Jury seated. Direct exam - Shawn Davis. 3:58 p.m. Cross exam. 4:16 p.m. Redirect. 4:18 p.m. Recross. 4:19 p.m. Released. 4:21 a.m. Direct exam - Zachary True. 4:28 p.m. Cross exam. 4:43 p.m. Redirect. 4:45 p.m. Released. 4:51 p.m. Direct exam - Alexis Berisch. 4:54 p.m. Cross exam. 4:55 p.m. Released. 4:56 p.m. Jury excused. Attorney conference held. 4:59 p.m. In recess until 8:30 a.m. on 8/25/09. | Matthew Smith 2:27 - 3:26 p.m. Shawn Davis 3:50 - 4:19 p.m. Zachary True 4:21 - 4:45 p.m. Alexis Berisch 4:51 - 4:55 p.m. |

Court Reporter: Reggie McBride         Courtroom Deputy: Alex Francis